AO 442 (Rev. 5/93) Warrant for Arrest

E-FILED
Thursday, 20 February, 2007 04:08:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 1 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ARTURO RAMIREZ, JR.

## WARRANT FOR ARREST

Case Number: 07-3010-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Arturo Ramirez, Jr.
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense):

conspiracy to distribute marijuana and cocaine

in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
2007 FEB 15 A 10:03
RECEIVED

Byron G. Cudmore
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

s/Byron Cudmore
Signature of Issuing Officer

2/14/07  1:45 pm  SpfldIl
Date and Location

BAIL FIXED AT $ No Bail       by  s/Byron Cudmore
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  Lincoln, IL

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 02/15/07 | Glenn Hoos | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 02/15/07 | DEA S/A | |